Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Sheila N. Swaroop (SBN 203476)
sheila.swaroop@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs ZAGG INC and MOPHIE, INC.

Andrew V. Devkar (SBN 228809)
andrew.devkar@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Phone: (310) 907-1000
Facsimile: (310) 907-2000

(Additional counsel listed in signature block)

Attorneys for Defendants ANKER TECHNOLOGY CO. LTD. and FANTASIA TRADING LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAGG INC, a Delaware Corporation, and MOPHIE, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANKER TECHNOLOGY CO. LTD., a Hong Kong company, and FANTASIA TRADING LLC, a Delaware Corporation,<br><br>Defendants. | No. 8:17−cv−2193 DOC (DFMx)<br><br>Hon. David O. Carter<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:         12/20/2017<br>Response Due:              01/10/2018<br>New Response Deadline: 03/12/2018 |

WHEREAS, Plaintiffs filed this action on December 15, 2017 and served the Complaint on Defendant Fantasia Trading LLC on December 20, 2017;

WHEREAS, Defendant Anker Technology Co. Ltd. is a Hong Kong entity, and has agreed to waive the requirement for service of the Complaint in Hong Kong and has agreed that its U.S. counsel can accept service of the Complaint on its behalf;

WHEREAS, Defendants have agreed that the above-identified forms of service are proper for both Defendants and have requested a common date for both Defendants to answer or otherwise respond to the Complaint;

WHEREAS, in view of Defendants' agreement to waive foreign service and agreement regarding the effectiveness of Plaintiffs' service, Plaintiffs are willing to provide Defendants with an extension of time to answer or otherwise respond to the Complaint;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to approval of the Court, that pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, the time for Defendants Anker Technology Co. Ltd. and Fantasia Trading LLC to answer or otherwise respond to Plaintiffs' Complaint shall be extended from January 10, 2018 to March 12, 2018.

**IT IS SO STIPULATED.**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 29, 2017    By: *s/ Sheila N. Swaroop*
Steven J. Nataupsky
Sheila N. Swaroop
Marko R. Zoretic

Attorneys for Plaintiffs
ZAGG INC and MOPHIE, INC.

|   |   |
|---|---|
|   | MORGAN, LEWIS & BOCKIUS LLP |
| Dated: December 29, 2017 | By: *s/ Andrew V. Devkar (with permission)* |
|   | Eric Kraeutler (*pro hac vice* to be filed)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>eric.kraeutler@morganlewis.com<br>(215) 963-4840 |
|   | Shaobin Zhu (CA Bar No. 257626)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1400 Page Mill Rd<br>Palo Alto, CA 94304<br>shaobin.zhu@morganlewis.com<br>(650) 843-7506 |
|   | Andrew V. Devkar (CA Bar No. 228809)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>andrew.devkar@morganlewis.com<br>(310) 255-9070 |
|   | Attorneys for Defendants<br>ANKER TECHNOLOGY CO. LTD. and<br>FANTASIA TRADING LLC |

27298184