Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Sheila N. Swaroop (SBN 203476)
sheila.swaroop@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs ZAGG INC and MOPHIE, INC.

Andrew V. Devkar (SBN 228809)
andrew.devkar@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Phone: (310) 907-1000
Facsimile: (310) 907-2000

Attorneys for Defendants ANKER TECHNOLOGY CO. LTD. and FANTASIA TRADING LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAGG INC, a Delaware Corporation, and MOPHIE, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANKER TECHNOLOGY CO. LTD., a Hong Kong company, and FANTASIA TRADING LLC, a Delaware Corporation,<br><br>Defendants. | No. 8:17-cv-2193 DOC (DFMx)<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [13]**<br><br>Complaint Served: 12/20/2017<br>Response Due: 01/10/2018<br>New Response Deadline: 03/12/2018 |

1 | The Court, having considered the parties' stipulation to extend the
2 | deadline to respond to the initial complaint, and for good cause shown,
3 | HEREBY ORDERS THAT Defendants Anker Technology Co. Ltd. and
4 | Fantasia Trading LLC shall have an extension of time to file a response to
5 | Plaintiffs' Complaint up to and including March 12, 2018.
6 | **IT IS SO ORDERED.**

9 | Dated: January 4, 2018

*David O. Carter* (signature)

Hon. David O. Carter
United States District Judge

12 | 27298214

-1-